# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MY11 | 9155613 | Diaz | 332 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☑ USC ☐ State Code |
|---|---|
| 01/21/2020 / 1043 | 18-930 |

Place of Offense: 9150 Amber Drive, Fort Detrick MD 21702

Offense Description: Factual Basis for Charge — HAZMAT ☐

Possession of Firearms and dangerous weapon in Federal facility.

### DEFENDANT INFORMATION

Last Name: Kalamodeen    First Name: Travis    M

Street Address: [REDACTED]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 345E62 | MD | 2012 | Freightliner | | White |

APPEARANCE IS REQUIRED — A ☑ If Box A is checked, you must appear in court. See instructions.

APPEARANCE IS OPTIONAL — B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: TBA    Date: ____    Time: ____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signed]

Original - CVB Copy

*9155613*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **Jan 21**, 20**20** while exercising my duties as a law enforcement officer in the **Fort Detrick** District of **Maryland**.

The Fort Detrick Police Department was notified of a firearm in a vehicle at Willingford Gate. Investigation by me revealed that Kalamodeen, while operating a white 2012 Freightliner box truck bearing Maryland reg 345E62, attempted to gain access to Fort Detrick. During a routine check of the vehicle, Blessin located a backpack in the cab area of the vehicle that was accessible to the driver. Further inspection of the backpack revealed a black in color Glock pistol with a loaded magazine, inserted in the magazine were hollow point. A routine NCIC check of the firearm revealed it was reported stolen on July 2019 in Jacksonville, Florida. Kalamodeen was transported for processing. He was cited and released off post.

The foregoing statement is based upon:
☑ my personal observation    ☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **01/21/2020**    Officer's Signature: [signed]
Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident