# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

Travis M. Kalamodeen

**Defendant**

**Citation No(s):**

9155613

**Docket No:**

21-mj-00939

\* \* \* \* \* \* \* \* \* \* \* \*

## PLEA AGREEMENT

| ORIGINAL CHARGE | AMENDED CHARGE | FINE | SPECIAL ASSESSMENT | PROCESSING FEE |
|---|---|---|---|---|
| FDR 190-5, para 4, 13 | FDR 190-5, para 4.12g | $250.00 | $5.00 | $30.00 |
| | | | | |
| | | | | |

**TOTAL DUE:** $285.00

*(Section to be completed by court personnel)*

Payment is due in full within seven days unless otherwise approved. Make your check or money order payable to CLERK, U.S. DISTRICT COURT. Include your citation (ticket) number on check or money order and outside of the court-supplied envelope. Please mail Defendant's copy and payment to:

☐ **Central Violations Bureau, P.O. BOX 780549, San Antonio, TX 78278**
  **(or you may pay online at www.cvb.uscourts.gov)**

☐ Waive Initial Appearance          ☐ Continue to Obtain License

☐ Continue for Payment              ☐ Continue to Retain Attorney

☐ Set for Trial                     ☐ New Court Date: _____

☐ Dismissed by the Government       at: _____ a. m.

COMMENTS: The Defendant irrevocably surrenders all evidence confiscated.

_____
Defendant's Signature

_____
Attorney for Defendant

ZOLYAK.GARY.T.1229078069  Digitally signed by ZOLYAK.GARY.T.1229078069
                          Date: 2021.05.18 09:57:11 -04'00'

_____
Assistant U.S. Attorney

05/18/2021

_____
Date

*Original – Court*          *Yellow – Defendant*          *Pink – AUSA*

Plea Agreement (07/2019) Triple